# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| KHALIL SHAKUR SYKES | : | VIOLATION<br>18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)<br>Notice of forfeiture |
| | : | |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about June 15, 2019 in Northampton County, in the Eastern District of Pennsylvania, defendant

**KHALIL SHAKUR SYKES**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, that is, a black Ruger .380 caliber, semiautomatic pistol, model LCP, bearing serial number 372007036, loaded with nine live rounds of ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Section 922(g)(1), set forth in this indictment, defendant

**KHALIL SHAKUR SYKES**

shall forfeit to the United States of America the firearm and ammunition involved in the commission of these offenses, that is, a black Ruger .380 caliber, semiautomatic pistol, model LCP, bearing serial number 372007036, and nine live rounds of ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

_____
**GRAND JURY FOREPERSON**

_Denise Wolf for_
**WILLIAM M. McSWAIN**
**United States Attorney**